United States District Court
Southern District of Texas
**ENTERED**
August 17, 2018
David J. Bradley, Clerk

Dianna L. Wood, §
§
      Plaintiff, §
§
versus      §     Civil Action H-18-2547
§
Covington Credit of Texas, Inc., §
§
      Defendant. §

## Order to Arbitrate

This case is stayed in favor of arbitration. (9)

Signed on August 17, 2018, at Houston, Texas.

*[signature]*

Lynn N. Hughes
United States District Judge