## UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

February 08, 2019

David J. Bradley, Clerk

| | | |
|---|---|---|
| Dianna L. Wood, | § | |
| | § | |
| *versus* | § | Civil Action 4:18−cv−02547 |
| | § | |
| Covington Credit of Texas, Inc.. | § | |

General Reference to Magistrate Judge

This case is referred to Magistrate Judge Peter Bray for management. District Court settings are canceled, but deadlines remain in effect.

If, by the time the case is ready for trial, the parties have not consented to trial by the magistrate judge, the trial will be promptly set before the district judge.

Signed on February 8, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge